JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, NV 89106
(702) 385-5377 Fax (702) 552-2762
marcheselaw@msn.com
Attorney for Defendant – ALVARO PEREZ-CARIAS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-00156-RFB |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| ALVARO PEREZ-CARIAS, | |
| Defendant. | |

**STIPULATION AND ORDER TO CONTINUE SENTENCING**

IT IS HEREBY STIPULATED AND AGREED by and between JESS R. MARCHESE, ESQ. Counsel for Defendant ALVARO PEREZ-CARIAS and JACOB OPERSKALSKI, Assistant United States Attorney, that the sentencing currently scheduled for July 11, 2023 at 2:45 p.m., be vacated and reset to a date in approximately thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his in-custody client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and he has no objection to the continuance.

3. Counsel for the defense has a conflict with another case on that date and time.

-1-

4. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing to a date a time convenient to the court.

This is the first request for continuance filed herein.

DATED: July 20, 2023,

| | |
|---|---|
| _/S/ Jess R. Marchese_ | _/S/ Jacob Operskalski_ |
| JESS R MARCHESE, ESQ. | JACOB OPERSKALSKI, ESQ. |
| 601 S. Rancho Drive, B-14 | Assistant United States Attorney |
| Las Vegas, Nevada 89106 | 501 Las Vegas Blvd South #1100 |
| Attorney for Defendant | Las Vegas, Nevada 89101 |

JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, NV  89106
(702) 385-5377 Fax (702) 552-2762
marcheselaw@msn.com
Attorney for Defendant- PEREZ-CARIAS

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:20-CR-00156-RFB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ALVARO PEREZ-CARIAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his in-custody client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and he has no objection to the continuance.

3. Counsel for the defense has a conflict with another case on that date and time.

4. For all the above-stated reasons, the ends of justice would best be served by a continuance of the trial to a date approximately thirty (30) days.

-3-

This is the first request for continuance filed herein.

**<u>ORDER</u>**

IT IS HEREBY ORDERED that the Sentencing currently scheduled for July 11, 2023, at 2:45 p.m., be continued to the August 29, 2023 at 11:00 a.m.

,

DATED this 6th day of July 2023.



**UNITED STATES DISTRICT JUDGE**